UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JUAN CASTRO, 11-B-2930,

         Plaintiff,

                   DECISION AND ORDER
  v.                      12-CV-1242A(Sr)

PAUL SOBKOWIAK, et al.,

         Defendants.

---

    The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B). On August 10, 2015, Magistrate Judge Schroeder filed a Report and Recommendation (Dkt. No. 49), recommending that defendants' motions for summary judgment (Dkt. No. 37, 40 and 43) should be granted.

    The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

    ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendants' motions for summary judgment are granted, and the plaintiff's Complaint is dismissed. The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

_Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated: September 11, 2015